No. 280. CITY OF DETROIT ET AL. *v.* AMBASSADOR STEEL CO. ET AL. Ct. App. Mich. Certiorari denied. *Julius C. Pliskow* for petitioners City of Detroit et al. *Carroll D. Little* for respondents Ambassador Steel Co. et al., *Stanley M. Weingarden* for respondents Advance Steel Co. et al., *Erwin B. Ellmann* for respondent American Steel Corp., *Steven I. Victor* for respondent Contractors Steel Co., and *Seymour J. Frank* for respondent Kasle Steel Corp.

No. 281. TYNE *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied. *Thomas J. Carley* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters,* and *Meyer Rothwacks* for respondent.

No. 283. JOHN KLANN MOVING & TRUCKING CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied. *Bernard S. Goldfarb* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli, Norton J. Come,* and *Nancy M. Sherman* for respondent.

No. 289. MARGOLES *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *John P. Diuguid* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 294. SOUTHEASTERN CANTEEN CO. ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *John J. Kendrick* for petitioners. *Solicitor General Griswold, Assistant Attorney General Walters, Jonathan S. Cohen,* and *Michael B. Arkin* for respondent.